

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 18, 2019

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 12/19/2019

Via ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United State Courthouse
40 Foley Square, Courtroom 518
New York, New York 10007

      **Re:**    *United States v. Sayfullo Habibullaevic Saipov*, S1 17 Cr. 722 (VSB)

Dear Judge Broderick:

We write on behalf of the parties concerning the December 23, 2019 deadline for submission of a proposed jury questionnaire, including stipulated and non-stipulated questions and written objections from both parties. *See* Dkt. 173.

The parties have exchanged their respective jury questionnaires. There are significant areas of agreement and we are working to consolidate those areas to present them to the Court. There are also areas of disagreement, such as questions pertaining to capital punishment, and the parties are preparing to submit those questions separately. As such, the parties respectfully request a 2-week adjournment of the deadline for the submission of their proposed jury questionnaires, to January 6, 2020, to allow the parties additional time to present their positions to the Court in the most efficient manner. If granted, the parties do not contemplate that this extension will impact any other deadlines pending in this matter.

           Respectfully submitted,

           GEOFFREY S. BERMAN
           United States Attorney

By:         /s/
           Amanda Houle
           Sidhardha Kamaraju
           Matthew Laroche
           Jason A. Richman
           Assistant United States Attorneys
           (212) 637-2194/6523/2420/2589

Cc: Defense Counsel (tvia ECF)