USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___12/14/21___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

SAYFULLO HABIBULLAEVIC SAIPOV,

Defendant.

S1 17 Cr. 722 (VSB)

[PROPOSED] ORDER

VERNON S. BRODERICK, United States District Judge:

The parties shall comply with the following pretrial schedule for both the guilt and, if necessary, penalty phases (unless indicated):

**Updated Jury Questionnaire**

| | |
|---|---|
| May 1, 2022 | Parties to file proposed updated jury questionnaire |

**Updated Expert Disclosures**

| | |
|---|---|
| June 13, 2022 | Government's non-mental health expert disclosures pursuant to Fed. R. Crim. P. 16(a)(1)(G) due. |
| July 11, 2022 | Defendant's non-mental health expert disclosures pursuant to Fed. R. Crim. P. 16(b)(1)(C) for the guilt and penalty phases due. |

Defendant's notice of intent to introduce expert evidence on a mental condition pursuant to Fed. R. Crim. P. 12.2, including evidence bearing on either the issue of guilt (Rule 12.2(b)(1)) or the issue of punishment (Rule 12.2(b)(2)), due. If the defendant provides notice pursuant to Rule 12.2(b)(1), the defendant will also make corresponding disclosures pursuant to Rule 16(b)(1)(C) on the same day.[1]

---

[1] The Government will make expert disclosures, if any, that are responsive to the defendant's Rule 12.2(b)(1) expert disclosures as soon as they are completed following an examination of the defendant conducted pursuant to Rule 12.2(c)(1)(B).

## Updated Motions *in Limine*

| | |
|---|---|
| July 15, 2022 | Motions *in limine* due. |
| August 5, 2022 | Responses to motions *in limine* due. |
| August 19, 2022 | Replies to motions *in limine* due. |
| September 19, 2022 | Argument, if necessary, on motions *in limine*. |

## Jury Instructions

August 26, 2022    Parties to file proposed jury instructions for both guilt and penalty phases.

## Updated Exhibit List, Witness List, and 3500 Material

September 2, 2022    Government to produce its updated exhibit list, witness list, and 3500 material (if not yet produced) for both the guilt and penalty phases.  The Government is directed to make these disclosures as complete as possible with the understanding that they may be subject to change as the Government continues to prepare for trial and respond to defense arguments to the jury.

## Jury Selection and Trial

Week of August 15, 2022    Potential jurors begin to come to courthouse to fill out questionnaire.

September 26, 2022    Parties to file list of stipulated strikes for cause.

October 3, 2022    Conference for Court to rule on stipulated strikes for cause. List of venire finalized and notified.

October 11, 2022    Individual *voir dire* begins, followed by trial.

**Penalty Phase Timing and Defense Disclosures**

Within 24 hours of verdict    The defendant will produce his exhibit list, witness list, and 3500 material.

Start of Penalty Phase    The penalty phase, if necessary, will commence one week after the guilty verdict.

SO ORDERED.

Dated:    December  14 , 2021
          New York, New York


_____
Vernon S. Broderick
United States District Judge

Application granted.  The Court will inform the parties concerning the exact dates and times potential jurors will be filling out the questionnaire.

3