UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                       :
UNITED STATES OF AMERICA                               :
                                                       :
        -against-                                      :
                                                       :              S1 17-cr-722 (VSB)
SAYFULLO HABIBULLAEVIC SAIPOV,        :
                                                       :                      **ORDER**
        Defendant.                                     :
                                                       :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        I would like to discuss trial logistics with the parties.  Subject to the availability of a

courtroom and interpreter, it is hereby ORDERED that the parties appear for a conference on

May 4, 2022, at 3:30 p.m.  When the information is available, the Court will provide courtroom

location information by separate order.

        The parties shall also file a proposed updated jury questionnaire on or before May 1,

2022, pursuant to my Order of December 14, 2021.  (Doc. 426.)  The parties are hereby directed

to file both a copy of the proposed updated jury questionnaire and a markup to show the

revisions and/or additions as compared to the previous jury questionnaire.

SO ORDERED.

Dated:  April 22, 2022
        New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge