UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
UNITED STATES OF AMERICA,                                :
                                                         :
                              Plaintiff,                 :
                                                         :           S1 17-cr-722 (VSB)
               -against-                                 :
                                                         :                **ORDER**
SAYFULLO HABIBULLAEVIC SAIPOV,                           :
                                                         :
                              Defendant.                 :
                                                         :
---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       I am in receipt of several requests to amend the pretrial schedule.  Since potential jurors

will now complete questionnaires over the course of August 11, 12, 17, 18, and 19, 2022, the

parties' competing proposals to revise the jury selection schedule are both DENIED.  (Doc. 451.)

As previously indicated by my order of July 14, 2022, the joint request to revise the *in limine*

motion schedule is GRANTED.  (Doc. 456, 458.)  The parties shall hereby comply with the

following pretrial schedule for both the guilt and, if necessary, penalty phases:

**Updated Motions *in Limine***

| | |
|---|---|
| August 5, 2022 | Motions *in limine* due. |
| August 19, 2022 | Responses to motions *in limine* due. |
| September 2, 2022 | Replies to motions *in limine* due. |
| September 19, 2022 | Argument, if necessary, on motions *in limine*. |

**Jury Instructions**

| | |
|---|---|
| August 26, 2022 | Parties to file proposed jury instructions for both guilt and penalty phases. |

**Updated Exhibit List, Witness List, and 3500 Material**

| | |
|---|---|
| September 2, 2022 | Government to produce its updated exhibit list, witness list, and 3500 material (if not yet produced) for both the guilt and penalty phases. The Government is directed to make these disclosures as complete as possible with the understanding that they may be subject to change as the Government continues to prepare for trial and respond to defense arguments to the jury. |

**Jury Selection and Trial**

| | |
|---|---|
| August 11, 2022<br>August 12, 2022<br>August 17, 2022<br>August 18, 2022<br>August 19, 2022 | Potential jurors come to courthouse to fill out questionnaire. |
| September 26, 2022 | Parties to file list of stipulated strikes for cause. |
| October 3, 2022 | Conference for Court to rule on stipulated strikes for cause.  List of venire finalized and notified. |
| October 11, 2022 | Individual *voir dire* begins, followed by trial. |
| November 23, 2022 to<br>November 25, 2022 | Thanksgiving break |
| December 26, 2022 to<br>January 2, 2023 | Holiday break |

**Penalty Phase Timing and Defense Disclosures**

| | |
|---|---|
| Within 24 hours of verdict | The defendant will produce his exhibit list, witness list, and 3500 material. |
| Start of Penalty Phase | The penalty phase, if necessary, will commence one week after the guilty verdict. |

SO ORDERED.

Dated: July 18, 2022
       New York, New York

Vernon S. Broderick
United States District Judge